Tommy Lee HOWARD

v.

STATE.

No. 1329–89.

Court of Criminal Appeals of Texas,
En Banc.

Nov. 14, 1990.

On Appellant's petition for discretionary review: dismissed as improvidently granted.

CLINTON and TEAGUE, JJ., dissent.

BERCHELMANN and STURNS, JJ., not participating.

Villa Real CORTEZ

v.

STATE.

No. 0716–89.

Court of Criminal Appeals of Texas,
En Banc.

Dec. 5, 1990.

On Appellant's petition for discretionary review: judgment of the Court of Appeals reversed and cause remanded to the trial court to enter a judgment of acquittal.

STURNS, J., not participating.

Rukmini S. KLINE

v.

STATE.

No. 0601–89.

Court of Criminal Appeals of Texas,
En Banc.

Dec. 5, 1990.

On State's petition for discretionary review: judgment of the Court of Appeals reversed and judgment of the trial court affirmed.

McCORMICK, P.J., concurs in the result.

TEAGUE, J., dissents with note.

STURNS, J., not participating.

Jorge E. MONTOYA, et al.

v.

STATE.

No. 0674–89.

Court of Criminal Appeals of Texas,
En Banc.

Dec. 19, 1990.

On Appellant's petition for discretionary review: petition dismissed as improvidently granted.

TEAGUE, J., dissents.

DAVIS, J., not participating.